JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN P. CARLSTROM, JR.,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Secretary of the California Department of Corrections,<br><br>　　　　　Respondent. | Case No. SACV 16-01297-JVS (KES)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 20, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE